# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| UNGARO, URSULA | UNITED STATES DISTRICT COURT | 05/03/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| DISTRICT COURT JUDGE (ACTIVE) | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2017 <br> to <br> 12/31/2017 |

**7. Chambers or Office Address**

400 N. MIAMI AVENUE
ROOM 12-4
MIAMI, FLORIDA 33128

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| UNGARO, URSULA | 05/03/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| UNGARO, URSULA | 05/03/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| UNGARO, URSULA | 05/03/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Miami Federal Credit Union Cash Account (X) | A | Interest | J | T | | | | | |
| 2. Formerly:MetLife Advantage 3 Annuity Now: Brighthouse Vintage 3 (H) | | | | | | | | | |
| 3. -American Funds Growth Fund | | None | K | T | | | | | |
| 4. -ClearBridge Variable Aggressive Growth Portfolio | | None | K | T | | | | | |
| 5. -ClearBridge Variable Dividend Strategy Portfolio | | None | K | T | | | | | |
| 6. -Harris Oakmark International Portfolio | | None | K | T | | | | | |
| 7. -JPMorgan Small Cap Value Portfolio | | None | J | T | | | | | |
| 8. -Now: Brighthouse/Aberdeen Emerging Markets Equity Portfolio | | None | J | T | | | | | |
| 9. -MFS Value Portfolio (Class A) | | None | K | T | | | | | |
| 10. -Neuberger Berman Genesis Portfolio | | None | J | T | | | | | |
| 11. -Templeton Foreign VIP Fund | | None | J | T | | | | | |
| 12. -Western Asset Management Strategic Bond Opportunities | | None | K | T | | | | | |
| 13. Meg Green Account - SA Stone/Sterne Agee (H) | | | | | | | | | |
| 14. Formely: Sterne Agee Insured Now: SA Stone/Sterne Agee Master Act | A | Interest | K | T | | | | | |
| 15. Jea Fla Elec Sys Rev Bond | | None | | | Sold | 03/22/17 | K | B | |
| 16. Regional Transn Dist Fastracks Proj Bond | A | Interest | J | T | | | | | |
| 17. Texas St Bond | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| UNGARO, URSULA | 05/03/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. PA St Higher Ed Auth Rev Bond | A | Interest | K | T | | | | | |
| 19. Edgewood Tex Indpt Sch Dist Be Bond | A | Interest | | | Sold | 10/25/17 | K | A | |
| 20. Ivy Tech Cmnty Ind Bond | A | Interest | K | T | | | | | |
| 21. King Cnty Wash Sch Dist No 409 Bond | A | Interest | | | Sold | 09/12/17 | K | A | |
| 22. King Cnty Wash Swr Rev For | A | Interest | K | T | | | | | |
| 23. Mesa Cnty Vy Sch Dist No Bond | A | Interest | K | T | | | | | |
| 24. New York St Dorm Auth Sales Ta Bond | A | Interest | K | T | | | | | |
| 25. Oregon St For Issues Dtd Prior Bond | A | Interest | K | T | | | | | |
| 26. Snohomish Cnty Wash Pub Util D Bond | A | Interest | K | T | | | | | |
| 27. West Virginia St Wtr Dev Auth Bond | A | Interest | K | T | | | | | |
| 28. Wisconsin St Health & Edl Bond | A | Interest | | | Sold | 06/16/17 | J | A | |
| 29. New York St Dorm Auth St Bond | A | Interest | J | T | | | | | |
| 30. Phoenix Ariz Civic Impt Cor Bond | A | Interest | K | T | | | | | |
| 31. DFA US Core Equity 1 Fund | B | Dividend | L | T | | | | | |
| 32. DFA US Large Company Fund | B | Dividend | M | T | Sold (part) | 04/12/17 | J | A | |
| 33. DFA US Large Company Fund | B | Dividend | M | T | Sold (part) | 10/09/17 | J | A | |
| 34. DFA US Small Cap Fund | C | Dividend | L | T | Sold (part) | 01/11/17 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| UNGARO, URSULA | 05/03/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. DFA International Small Company Fund | D | Dividend | M | T | Sold (part) | 07/13/17 | J | A | |
| 36. DFA Emerging Markets Small Cap Fund | B | Dividend | L | T | | | | | |
| 37. DFA 5 Year Global Fixed-Income Fund | C | Dividend | J | T | Sold (part) | 12/19/17 | M | | |
| 38. Hurst Euless Bedford Tex Bond | | None | K | T | Buy | 09/12/17 | K | | |
| 39. Maricopa Cnty Ariz Sch Dist Bond | A | Interest | K | T | Buy | 03/22/17 | K | | |
| 40. Reedy Creek Impt Dist Bond | A | Interest | K | T | Buy | 10/25/17 | K | | |
| 41. Vanguard Total International Bond Fund | B | Dividend | M | T | Buy | 12/19/17 | M | | |
| 42. West Lafayette Ind Sch Bldg Bond | | None | J | T | Buy | 06/21/17 | J | | |
| 43. HSBC Premier Savings Account | A | Interest | N | T | Open | 11/01/17 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| UNGARO, URSULA | 05/03/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII Line 2 (H): Brighthouse Vintage 3 formely reported as MetLife Advantage 3. On March 6, 2017, MetLife separated its U.S. retail business. The separated business launched Brighthouse Financial, Inc. - an independent company that is no longer a part of MetLife.

Part VII Lines 3-12: The funds reported at Part VII, Lines 3-12 comprise the annuity reported at Line 2. Breakdown of income per fund in the annuity is not available.

Part VII Lines 8: Brighthouse/Aberdeen Emerging Markets Equity Portfolio formely reported as Met/Aberdeen Emerging Markets Equity Portfolio. This was a result of the spin-off from Metlife, now known as Brighthouse Financial, Inc.

Part VII Line 13 (H): I added a header to delineate the institution where the funds are held for the account previously reported. Meg Green is an independent wealth management firm that has its assets custodied at SA Stone Wealth Managment, Inc. INTL FC Stone Financial Inc. underwent a merger with its its wholly owned subsidiary Sterne, Agee & Leach, Inc. ("Sterne Agee") in July 3,2017. On October 2017 Sterne, Agee & Leach, Inc. ("Sterne Agee") changed its name to SA Stone Wealth Management, Inc.

Part VII Line 14: Meg Green SA Stone/Sterne Agee Master Account was formely reported as Sterne Agee Insured/Deposit Program, but it is the same market account. This was due to the merger of INTL FC Stone Financial Inc. and Stern, Agee & Leach, Inc.

Part VII Lines 15, 38 & 42: No income generated from these positions for 2017 due to the time period purchased/sold since they are bonds.

Part VII Line 43: on December 11, 2017, I sold my residence, a condominium in Miami Florida. I Thereafter deposited all of the sale proceeds in the HSBC Premier savings account.

Additional Explanations: Although not required, I am reporting the following: I own a 1.1% limited partnership interest in Mt. Blue Ltd. Parmers which owns a 2.73% interest in another entity, the Shopping Center Partnership. I did not report this interest until 2010 because, during my entire tenure, it has never had a value of $1,000 or more. In other words, there has not been a secondary market for my interest at any time during my service as a Disict Judge. However, it carries the potential for a tax liability (the amount of which and timing I cannot predict). Although I am not obligated to report this interest as an asset I am continuing to report it in an abudance of caution because I am concerned that some tax liability could arise in connection with this interest. It should be noted, however that I have no information from the general partner and no information regarding the partnership from any other source. that suggests any current tax liability exposure. I am relying simply on my knowledge of current economic conditions, my undestanding of the tax liabilities that can be associated with limited partnership interests gernerally and my knowledge of the history of these entities.

| Name of Person Reporting | Date of Report |
|---|---|
| UNGARO, URSULA | 05/03/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ URSULA UNGARO**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544